IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:22-cv-490

DUALBOOT PARTNERS, LLC, )
        Plaintiff )
         )
        v. )
         )
PRESS SPORTS APP, INC., )
        Defendant )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A
DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

Press Sports App, Inc. who is the Defendant, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    YES ☐      NO ☒

2. Does party have any parent corporations?

    YES ☐      NO ☒

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    YES ☐      NO ☒

If yes, identify all such owners:

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

      YES ☐        NO ☒

If yes, identify entity and nature of interest:

5.  Is party a trade association?

      YES ☐        NO ☒

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6.  If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

      Date:  September 21st, 2022

      */s/Hayley R. Wells*
      Hayley R. Wells
      N.C. State Bar I.D. No.:  38465
      email:  docket@wardandsmith.com*
      email:  hrw@wardandsmith.com**
      For the firm of
      Ward and Smith, P.A.
      Post Office Box 2020
      Asheville, NC  28802-2020
      Telephone:  828.348.6070
      Facsimile:  828.348.6077
      Attorneys for Defendant

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

CERTIFICATE OF SERVICE

I hereby certify that on September 21st, 2022, I electronically filed the foregoing DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION with the Clerk of the Court using the CM/ECF system and I hereby Certify that I have mailed the document to the following non CM/ECF participants:

>Eric Spengler
>Spengler & Agans, PLLC
>352 N. Caswell Road
>Charlotte, North Carolina  28204
>Counsel for Plaintiff, Dualboot Partners, LLC

>*/s/ Hayley R. Wells*
>N.C. State Bar I.D. No.:  38465
>email:  docket@wardandsmith.com*
>email:  hrw@wardandsmith.com**
>For the firm of
>Ward and Smith, P.A.
>Post Office Box 2020
>Asheville, NC  28802-2020
>Telephone:  828.348.6070
>Facsimile:  828.348.6077
>Attorneys for Defendant, Press Sports App, Inc.

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service

ND:4894-8986-3219, v. 1

3