IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:22-cv-490

| | | |
|---|---|---|
| DUALBOOT PARTNERS, LLC, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | NOTICE OF APPEARANCE |
| | ) | |
| PRESS SPORTS APP, INC., | ) | |
|     Defendant | ) | |

Hayley R. Wells, Esq. of the law firm of Ward and Smith, P.A. hereby provides notice that she is entering an appearance as counsel of record in this action for the Defendant, Press Sports App, Inc.

This the 21st day of September, 2022.

                                              */s/Hayley R. Wells*
                                              N.C. State Bar I.D. No.: 38465
                                              email: docket@wardandsmith.com*
                                              email: hrw@wardandsmith.com**
                                              For the firm of
                                              Ward and Smith, P.A.
                                              Post Office Box 2020
                                              Asheville, NC  28802-2020
                                              Telephone: 828.348.6070
                                              Facsimile: 828.348.6077
                                              Attorneys for Defendant, Press Sports App, Inc.

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

CERTIFICATE OF SERVICE

I hereby certify that on September 21st, 2022, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system and I hereby Certify that I have mailed the document to the following non CM/ECF participants:

>   Eric Spengler
>   Spengler & Agans, PLLC
>   352 N. Caswell Road
>   Charlotte, North Carolina  28204
>   Counsel for Plaintiff, Dualboot Partners, LLC

>   */s/Hayley R. Wells*
>   N.C. State Bar I.D. No.:  38465
>   email:  docket@wardandsmith.com*
>   email:  hrw@wardandsmith.com**
>   For the firm of
>   Ward and Smith, P.A.
>   Post Office Box 2020
>   Asheville, NC  28802-2020
>   Telephone:  828.348.6070
>   Facsimile:  828.348.6077
>   Attorneys for Defendant, Press Sports App, Inc.

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

ND:4872-1333-9187, v. 1